The relief described hereinbelow is SO ORDERED

Done this 19th day of December, 2013.

*[signature]*

Dwight H. Williams, Jr.
United States Bankruptcy Judge



___

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| In re: ) | |
| VANITA T. RUSSELL, ) | Case No. 12-33268-DHW-13 |
| SSN: xxx-xx-7908 ) | Chapter 13 |
| ) | |
| Debtor. ) | |

## ORDER

A Motion for Relief from Stay and Motion for Co-Debtor Relief from Stay was filed by Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer Services (hereinafter "Creditor"), and set for hearing on December 18, 2013. Upon agreement of the parties, by and through their counsel, it is therefore,

ORDERED, ADJUDGED and DECREED as follows:

1. Debtor shall pay Creditor's account current (October, November and December 2013 payments) within forty-five days of the date of this Order.

2. Creditor shall be allowed a secured claim for reimbursement of its attorneys' fees in the amount of $426.00. Trustee shall pay Creditor a payment of $25.00 each month on account of said claim. Debtor's payment to Trustee shall remain $308.00 a month.

3. In the event Debtor fails to pay Creditor's account current as set out in paragraph 1 above, or in the event Debtor fails to pay to Creditor any monthly payment, beginning January 2014,

within thirty (30) days of the payment due date, then the AUTOMATIC STAY is TERMINATED, ANNULLED, MODIFIED and CONDITIONED so as to permit Creditor to exercise all of its statutory and contractual rights in and to the 2010 Kia Soul VIN KNDJT2A20A71490712 and to proceed against Co-Debtor, Kelvin F. Adair, to collect its subject debt without further order of this court.

###END OF ORDER###

/s/ Mark A. Cavanaugh
Mark A. Cavanaugh
Attorney for Debtor
4252 Carmichael Road
Montgomery, Alabama 36106

/s/ S. Dagnal Rowe
S. Dagnal Rowe
WILMER & LEE, P.A.
Attorneys for Creditor
Post Office Box 2168
Huntsville, Alabama 35801
(256) 533-0202

/s/ Curtis C. Reding
Curtis C. Reding, Trustee

Submitted by:

S. Dagnal Rowe
WILMER & LEE, P.A.
100 Washington Street, Suite 200
Huntsville, AL 35801
(256) 533-0202
drowe@wilmerlee.com